IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUSENI KAMARA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 13-6728 |
| | : | |
| HORIZON HOUSE, INC., | : | |
| | : | |
| Defendant. | : | |

## Order

AND NOW, this 18th day of December, 2015, upon consideration of Defendant's Motion for Summary Judgment (Dkt No. 15), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Dkt No. 16), Defendant's Reply in Support of Motion for Summary Judgment (Dkt No. 19), and Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment Surreply (Dkt No. 23), it is hereby ORDERED that:

1. The Court GRANTS Defendant's Motion for Summary Judgment, (Dkt No. 15), as to Plaintiff's claims under 42 U.S.C. § 1981 for discrimination, hostile work environment, and retaliation.

2. The Court DENIES Defendant's Motion for Summary Judgment, (Dkt No. 15), as to Plaintiff's Title VII claims for national origin discrimination, retaliation, and hostile work environment.

3. The Court DENIES Defendant's Motion for Summary Judgment, (Dkt No. 15), as to Plaintiff's PHRA claims for national origin discrimination, retaliation, and hostile work environment.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
**C. Darnell Jones, II          J.**